**Beverly J. HOUGH, Relator,**

v.

**INDEPENDENT SCHOOL DISTRICT # 115 and Tri–State Insurance Company, Respondents.**

**No. CX–98–364.**

Supreme Court of Minnesota.

May 22, 1998.

ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals, filed February 4, 1998, be, and the same is, affirmed without opinion. *See* Minnesota Rules of Civil Appellate Procedure 136.01, subdivision 1(b).

BY THE COURT:

/s/ Esther M. Tomljanovich
Esther M. Tomljanovich
Associate Justice